| | |
|---|---|
| Name | Tanya Sanerib |
| Bar # | DDC 473506 |
| Firm | Center for Biological Diversity |
| Address | 2400 NW 80th Street, #146 |
| | Seattle, WA 98117 |
| | tsanerib@biologicaldiversity.org |
| Telephone | (206) 379-7363 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Center for Biological Diversity, et al.,

    Plaintiff,

vs.

David Bernhardt, Secretary of the U.S. Department of the Interior, et al.,

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of _Center for Biological Diversity, Humane Society International and the Humane Society of the US_ in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

- [✓] No such corporation.
- [ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

- [ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

- [ ] Other (please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __28th__ day of __October__, __2020__.

/s/ Tanya Sanerib
_____
Counsel of Record

Certificate of Service:

Pursuant to FRCP 5, I hereby certify that I will cause the foregoing document to be served by registered mail, included with the summons, complaint, and other documents required for service by FRCP 4 to the following:

David Bernhardt
Secretary of the U.S.
& U.S. Department of the Internior
U.S. Department of Interior
1849 C Street NW
Washington D.C., 20240

Aurelia Skipwith,
Director of the U.S. Fish and Wildlife Service &
U.S. Fish and Wildlife Service
1849 C Street NW
Washington D.C., 20240

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
District of Arizona
Two Renaissance Square 40 N. Central Ave
Suite 1200
Phoenix, AZ 85004-4408