Tanya Sanerib (DDC Bar No. 473506)
Phone: (206) 379-7363
Email: tsanerib@biologicaldiversity.org
Sarah Uhlemann (WA Bar No. 41164)
Phone: (206) 327-2344
Email: suhlemann@biologicaldiversity.org
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
*Admitted Pro Hac Vice*

Laura Friend Smythe (DDC Bar No. NY0217)
Phone: (202) 676-2331
Email: lsmythe@humanesociety.org
The Humane Society of the United States
1255 23rd Street, NW, Suite 450
Washington, DC 20037
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity; Humane Society International; the Humane Society of the United States; and Ian Michler, <br><br> *Plaintiffs*, <br><br> v. <br><br> David Bernhardt, in his official capacity as Secretary of the U.S. Department of the Interior; U.S. Department of the Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service, <br><br> *Defendants*. | **Case No.** 4:20-cv-00461-JGZ <br><br> **AFFIDAVIT OF SERVICE** |

I hereby certify that I caused to be served a copy of the Complaint and Summons in this matter directed to the Defendants pursuant to Federal Rule of Civil Procedure 4(i), by sending a copy of the Complaint and Summons via Certified Mail, return receipt requested, on October 29, 2020 to the following:

> David Bernhardt
> Secretary of the U.S. Department of the Interior
> U.S. Department of the Interior
> 1849 C Street NW
> Washington, DC 20240
>
> U.S. Department of the Interior
> 1849 C Street NW
> Washington, DC 20240
>
> Aurelia Skipwith
> Director of the U.S. Fish and Wildlife Service
> U.S. Fish and Wildlife Service
> 1849 C Street NW
> Washington, DC 20240
>
> U.S. Fish and Wildlife Service
> 1849 C Street NW
> Washington, DC 20240
>
> Civil Process Clerk
> U.S. Attorney's Office
> District of Arizona
> Two Renaissance Square 40 N. Central Ave.
> Suite 1200
> Phoenix, AZ 85004-4408
>
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave. NW
> Washington, DC 20530

All recipients received service between November 2, 2020 and November 4, 2020. Service was received by the U.S. Attorney's Office on November 2, 2020.

Along with the Complaint and Summons in this matter, copies of the following documents were also served on Defendants and the persons listed above on October 29, 2020:

1. Civil Cover Sheet;
2. Corporate Disclosure Statement;
3. Magistrate Consent Form;
4. Application for *Pro Hac Vice* Admission for Tanya Sanerib and attached Certificate of Good Standing;
5. Application for *Pro Hac Vice* Admission for Laura Friend Smythe and attached Certificate of Good Standing; and
6. Application for *Pro Hac Vice* Admission for Sarah Uhlemann and attached Certificate of Good Standing.

Attached to this Affidavit are true and correct copies of Certified Mail receipts for the above filings issued by the U.S. Postal Service on October 29, 2020, and printouts of U.S. Postal Service tracking results for the above filings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | DATED: December 2, 2020 | Respectfully submitted, |
| 2 | | /s/ Laura Friend Smythe |
| 3 | | Laura Friend Smythe (DDC Bar No. NY0217) |
| | | Phone: (202) 676-2331 |
| 4 | | Email: lsmythe@humanesociety.org |
| 5 | | The Humane Society of the United States |
| | | 1255 23rd Street NW, Suite 450 |
| 6 | | Washington, DC 20037 |
| 7 | | *Admitted Pro Hac Vice* |
| 8 | | *Attorney for Plaintiffs* |