

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

---

Remove ✕

**Tracking Number:** 70200090000130765820

Your item was delivered to the front desk, reception area, or mail room at 12:44 pm on November 3, 2020 in WASHINGTON, DC 20242.

## ⊘ Delivered

November 3, 2020 at 12:44 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20242

Feedback

**Get Updates** ∨

---

| | |
|---|---|
| **Text & Email Updates** | ∨ |

---

| | |
|---|---|
| **Tracking History** | ∨ |

---

| | |
|---|---|
| **Product Information** | ∨ |

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200090000130765837

Remove ✕

Your item was delivered to an individual at the address at 11:46 am on November 4, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

November 4, 2020 at 11:46 am
Delivered, Left with Individual
WASHINGTON, DC 20240

**Get Updates** ⌄

Feedback

---

| Text & Email Updates | ⌄ |

---

| Tracking History | ⌄ |

---

| Product Information | ⌄ |

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ❯

## Track Another Package ╋

**Tracking Number:** 70200090000130765844                    Remove ✕

Your item was delivered at 4:51 am on November 4, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 4, 2020 at 4:51 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200090000130765868                    Remove ✕

Your item was delivered to an individual at the address at 11:46 am on November 4, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

November 4, 2020 at 11:46 am
Delivered, Left with Individual
WASHINGTON, DC 20240

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200090000130765875

Remove ✕

Your item was delivered to an individual at the address at 7:29 am on November 2, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

November 2, 2020 at 7:29 am
Delivered, Left with Individual
WASHINGTON, DC 20240

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Document - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 70200090000130765899

Your item was delivered to the front desk, reception area, or mail room at 3:58 pm on November 2, 2020 in PHOENIX, AZ 85004.

Feedback

## ⊘ Delivered

November 2, 2020 at 3:58 pm
Delivered, Front Desk/Reception/Mail Room
PHOENIX, AZ 85004

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|

---

| **Tracking History** | ⌄ |
|---|---|

---

| **Product Information** | ⌄ |
|---|---|

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.