IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

Center for Biological Diversity, et al.,

    *Plaintiffs*,

v.

Debra Haaland, Secretary of the U.S. Department of the Interior, et al.,

    *Defendants*,

Safari Club International,

    *Defendant-Intervenor.*

Case No. 4:20-cv-00461-JGZ

**[PROPOSED] ORDER ON JOINT REPORT**

Upon consideration of the Parties' Joint Report, the Court orders that the following deadlines shall govern this case:

**1. Administrative record production and related motions, if necessary**

| | |
|---|---|
| **June 6, 2022** | Deadline for Defendants to file the administrative record. |
| **July 6, 2022** | Deadline for Plaintiffs to identify and confer with Defendants regarding any concerns with the administrative record. |
| **July 20, 2022** | Deadline for Defendants to respond to any concerns regarding the administrative record. |
| **August 10, 2022** | Deadline for the Parties to notify the Court that there are no disputes regarding the administrative record, if there are none. |
| **August 17, 2022** | Deadline for Plaintiffs to file a motion to strike, complete, or supplement the administrative record, if no notice is filed as set forth above. |
| **September 7, 2022** | Deadline for Defendants' response to any motion regarding the administrative record. |

**September 21, 2022** Deadline for Plaintiffs' reply in support of any motion regarding the administrative record.

2. **Summary judgment schedule and page limitations**

**September 23, 2022** Deadline for Plaintiffs' motion for summary judgment, or, if a motion to complete or supplement the record is filed, no later than 45 days after that motion is decided, or 45 days after Defendants comply with any Court order to complete or supplement the administrative record, whichever is later. Plaintiffs' motion shall be limited to 35 pages.

**November 7, 2022** Deadline for Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, or, if a motion to complete or supplement the record is filed, no later than 45 days after Plaintiffs file their motion for summary judgment according to the timeframes set forth above. Defendants' cross-motion shall be limited to 35 pages.

**December 5, 2022** Deadline for Intervenor-Defendant's combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment or, if a motion to complete or supplement the record is filed, no later than 14 days after Defendants file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgement according to the timeframes set forth above. Intervenor-Defendant's cross-motion shall be limited to 20 pages.

**January 19, 2023** Deadline for Plaintiffs' combined opposition to Defendants' cross-motion for summary judgment, Intervenor-Defendant's cross-motion for summary judgment, and reply in support of Plaintiffs' motion for summary judgment or, if a motion to complete or supplement the record is filed, not later than 45 days from when Intervenor's cross-

motion is filed as set forth above. Plaintiffs' combined opposition and reply shall be limited to 30 pages.

**February 9, 2023**   Deadline for Defendants' and Intervenor-Defendant's replies in support of cross-motion for summary judgment or, if a motion to complete or supplement the record is filed, not later than 21 days after Plaintiffs' combined opposition and reply is filed as set forth above. Defendants' reply shall be limited to 22 pages. Intervenor-Defendant's reply shall be limited to 15 pages.

**3. Other matters: relief from the Local Rule 56.1 requirements**

It is further ordered that, pursuant to Local Rule 56.1(g), the parties need not file separate statements of facts and controverting statements of facts in this case as required by Local Rule 56.1, and that they shall cite to relevant portions of the administrative record in their summary judgment motions, responses, and replies.

IT IS SO ORDERED.