**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-20-00461-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| David Bernhardt, et al., | |
| Defendants. | |

Having reviewed Plaintiffs' Motion for Leave to File a Fourth Supplemental Complaint (Doc. 52), and there being no objection,

**IT IS ORDERED** that the Motion for Leave to File a Fourth Supplemental Complaint (Doc. 52) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Doc. 52-1 as the Fourth Supplemental Complaint.

Dated this 10th day of June, 2022.

Honorable Jennifer G. Zipps
United States District Judge