# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-20-00461-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Debra Haaland, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion for Leave to Exceed Page Limits. (Doc. 69.)

Good cause appearing,

**IT IS ORDERED:**

1. The parties' Joint Motion (Doc. 69) is **GRANTED**.
2. Defendant-Intervenor Safari Club International is granted an additional two pages and five lines for its Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (Doc. 68) filed on December 5, 2022. The filing is accepted by the Court.
3. Plaintiffs are granted an additional five pages for their combined opposition and reply.
4. Federal Defendants are granted an additional three pages for their reply brief.

Dated this 4th day of January, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge